1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  reyesf@earthlink.net

5  Attorney for Defendant
   IRWIN SERNA-VALENZUELA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            CASE NO.  1:14-CR-00204-AWI-BAM

11                    Plaintiff,        STIPULATION AND ORDER TO
                                        CONTINUE SENTENCING
12 v.

13 IRWIN SERNA-VALENZUELA,

14                    Defendant.

15

16      Defendant, IRWIN SERNA-VALENZUELA, by and through his counsel of record,

17 NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

18 through, KIRK E. SHERRIFF, Assistant United States Attorney for the Eastern District of

19 California, hereby stipulate that the sentencing in the above-referenced case currently

20 scheduled for Monday, January 26, 2015, at 10:00 a.m. be continued to Monday, March 2,

21 2015 at 10:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

22

23 **IT IS SO STIPULATED**
                                        Respectfully submitted,
24
   Dated: 12-09-14                      /s/ Nicholas F. Reyes
25                                       NICHOLAS F. REYES
                                         Attorney for Defendant
26

27

28
                                        1

**IT IS SO STIPULATED**

1

2

3    Dated: 12-10-14                          /s/ Kirk E. Sherriff
                                              KIRK E. SHERRIFF
                                              Assistant U.S. Attorney
4

5    IT IS SO ORDERED.

6    Dated:   December 10, 2014

                                              _____
                                              SENIOR  DISTRICT  JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28