BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:14-CR-00204-AWI-BAM-2 |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| IRWIN IGOR SERNA-VALENZUELA, | |
| Defendant, | |

WHEREAS, on January 5, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Irwin Igor Serna-Valenzuela forfeiting to the United States the following property:

    a. Samsung cell phone Model SCH-S738C;

    b. Dell OptiPlex GX620 S/NX11-45371;

    c. LG/Metro PCS Cell Phone Model LGMS323;

    d. Nikon Coolpix L28 camera;

    e. Sony Cyber-shot DSC-WX80 camera;

    f. Dell Desktop-S/N C1XH4K1;

    g. HP Photosmart 7520 Scanner/Printer;

Final Order of Forfeiture

1

    h. SwinglineGBC Laminator; and

    i. GBC Heatseal H220 Laminator.

  AND WHEREAS, Beginning January 8, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

    1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Irwin Igor Serna-Valenzuela.

    2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: March 11, 2015       _____
                 SENIOR DISTRICT JUDGE